**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**MDL-____ - In Re Zappos.com Data Breach Litigation**

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Josh Richards, on behalf of himself and all others similarly situated<br>**Defendants:**<br>Amazon.com, Inc. d/b/a Zappos.com | M.D. Florida | 6:12-cv-00212-CEH-KRS | Charlene Edwards Honeywell |
| **Plaintiffs:**<br>Sylvia St Lawrence<br>**Defendants:**<br>Zappos.com, Inc., a Delaware Corporation | S.D. Florida | 0:12-cv-60133-WPD | William P. Dimitrouleas |
| **Plaintiffs:**<br>Theresa D. Stevens, on behalf of herself and all others similarly situated<br>**Defendants:**<br>Amazon.com Inc. d/b/a Zappos.com | W.D. Kentucky | 3:12-cv-00032-CRS-JDM | Charles R. Simpson, III |
| **Plaintiffs:**<br>Stacy Penson, on behalf of herself and all others similarly situated<br>**Defendants:**<br>Amazon.com Inc. d/b/a Zappos.com | W.D. Kentucky | 3:12-cv-00036-CRS | Charles R. Simpson, III |
| **Plaintiffs:**<br>Tara J. Elliott, Brooke C. Brown, and Christa Seal, on behalf of themselves and all others similarly situated<br>**Defendants:**<br>Amazon.com Inc., d/b/a Zappos.com | W.D. Kentucky | 3:12-cv-00037-CRS | Charles R. Simpson, III |

LA 51516015v1

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Dahlia Habashy, on behalf of herself and all others similarly situated<br>**Defendants:**<br>Amazon.com Inc. d/b/a Zappos.com | D. Massachusetts | 1:12-cv-10145-RGS | Richard G. Stearns |
| **Plaintiffs:**<br>Robert Ree, individually and on behalf of all others similarly situated<br>**Defendants:**<br>Amazon.com, Inc. d/b/a Zappos.com | D. Nevada | 3:12-cv-00072-RCJ-WGC | Robert C. Jones |
| **Plaintiffs:**<br>Stephanie Priera, on behalf of herself and all others similarly situated<br>**Defendants:**<br>Amazon.com, Inc. d/b/a Zappos.com | D. Nevada | 2:12-cv-00182-ECR-VCF | Edward C. Reed, Jr. |
| **Plaintiffs:**<br>Shari Simon and Kathryn Vorhoff, on behalf of themselves and all others similarly situated<br>**Defendants:**<br>Amazon.com, Inc. d/b/a Zappos.com | D. Nevada | 2:12-cv-00232-JCM-RJJ | James C. Mahan |

LA 51516015v1