# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re:<br><br>Zappos.com Data Breach Litigation | MDL Docket No 2357 |

## CORPORATE DISCLOSURE STATEMENT

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland (CA Bar No. 83013)
Scott M. Pearson (CA Bar No. 173880)
Brian C. Frontino (CA Bar No. 222032)
Jeffrey B. Bell (CA Bar No. 269648)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
E-mail: lacalendar@stroock.com

*Attorneys for Defendant Zappos.com, Inc., erroneously named as Amazon.com, Inc. d/b/a Zappos.com*

Pursuant to Rule of Procedure 5.1 of the United States Judicial Panel on Multidistrict Litigation, defendant Zappos.com, Inc. discloses that its parent corporation, Amazon.com, Inc., a publicly held corporation, owns 100% of Zappos.com, Inc.

Dated:  March 14, 2012

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland (CA Bar No. 83013)
Scott M. Pearson (CA Bar No. 173880)
Brian C. Frontino (CA Bar No. 222032)
Jeffrey B. Bell (CA Bar No. 269648)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

By: */s/ Scott M. Pearson*
          Scott M. Pearson

*Attorneys for Defendant Zappos.com, Inc., erroneously named as Amazon.com, Inc. d/b/a Zappos.com*

# CERTIFICATE OF SERVICE

On March 14, 2012, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** through the CM/ECF system, which will send a notice of electronic filing to the following parties.

## SEE ATTACHED SERVICE LIST

By:     */s/ Scott M. Pearson*
        Scott M. Pearson

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland (CA Bar No. 83013)
Scott M. Pearson (CA Bar No. 173880)
Brian C. Frontino (CA Bar No. 222032)
Jeffrey B. Bell (CA Bar No. 269648)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
E-mail: lacalendar@stroock.com

*Attorneys for Defendant Zappos.com, Inc., erroneously named as Amazon.com, Inc. d/b/a Zappos.com*

# SERVICE LIST

| | |
|---|---|
| J. Andrew Meyer<br>Morgan & Morgan, PA<br>7th Floor<br>201 N Franklin St<br>Tampa, FL 33602<br>Tel: 813-223-5505<br>Fax: 813-223-5402<br>Email: ameyer@forthepeople.com | *Counsel for Plaintiff Josh Richards*<br>*M.D. of Florida, No. 6:12-cv-00212-CEH-KRS* |
| Rachel Soffin<br>Morgan & Morgan, PA<br>7th Floor<br>201 N Franklin St<br>Tampa, FL 33602<br>Tel: 813-289-9300<br>Fax: 813-286-2900<br>Email: rsoffin@forthepeople.com | |
| Scott Wm. Weinstein<br>Morgan & Morgan, PA<br>12800 University Dr - Ste 600<br>PO Box 9504<br>Ft Myers, FL 33906<br>Tel: 239-433-6880<br>Fax: 239-433-6836<br>Email: sweinstein@forthepeople.com | |
| Tamra Carsten Givens<br>Morgan & Morgan, PA<br>7th Floor<br>201 N Franklin St<br>Tampa, FL 33602<br>Tel: 813-286-4100<br>Fax: 813-286-4174<br>Email: tgivens@forthepeople.com | |
| Brian C. Frontino<br>Stroock & Stroock & Lavan LLP<br>Wachovia Financial Center<br>200 South Biscayne Boulevard, Suite 3160<br>Miami, FL 33131-5323<br>Tel: 305-358-9900<br>Fax: 305-789-9302<br>Email: bfrontino@stroock.com | *Counsel for Defendant Amazon.com, Inc.*<br>*M.D. of Florida, No. 6:12-cv-00212-CEH-KRS* |

| | |
|---|---|
| David H. Charlip<br>Charlip Law Group, LLC<br>17501 Biscayne Blvd<br>Suite 510<br>Aventura, FL 33160<br>Tel: 305-354-9313<br>Fax: 305-354-9314<br>Email: dcharlip@charliplawgroup.com | *Counsel for Plaintiff Sylvia St. Lawrence*<br>*S.D. of Florida, No. 0:12-cv-60133-WPD* |
| Brian C. Frontino<br>Stroock & Stroock & Lavan LLP<br>Wachovia Financial Center<br>200 South Biscayne Boulevard, Suite 3160<br>Miami, FL 33131-5323<br>Tel: 305-358-9900<br>Fax: 305-789-9302<br>Email: bfrontino@stroock.com | *Counsel for Defendant Zappos.com, Inc.*<br>*S.D. of Florida, No. 0:12-cv-60133-WPD* |
| Ben Barnow<br>Barnow & Associates PC<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>Tel: 312-621-2000<br>Fax: 312-641-5504<br>Email: b.barnow@barnowlaw.com | *Counsel for Plaintiff Theresa D. Stevens*<br>*W.D. of Kentucky, No. 3:12-cv-00032-CRS-JDM* |
| Erich P. Schork<br>Barnow & Associates PC<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>Tel: 312-621-2000<br>Fax: 312-641-5504 | |
| Mark K. Gray<br>Gray & White<br>713 E. Market Street, Suite 200<br>Louisville, KY 40202<br>Tel: 502-805-1800<br>Fax: 502-618-4059<br>Email: mgray@grayandwhitelaw.com | |

Richard L. Coffman
The Coffman Law Firm
505 Orleans, Suite 505
Beaumont, TX 77701
Tel: 409-833-7700
Fax: 866-835-8250
Email: rcoffman@coffmanlawfirm.com

Lisa Catherine DeJaco  
Wyatt, Tarrant & Combs LLP - Louisville  
500 West Jefferson Street, Suite 2800  
Louisville, KY 40202-2898  
Tel: 502-589-5235  
Fax: 502-589-0309  
Email: ldejaco@wyattfirm.com

*Counsel for Defendant Amazon.com, Inc.*  
*W.D. of Kentucky, No. 3:12-cv-00032-CRS-JDM*

Charles T. Lester , Jr.  
Eric C. Deters & Associates, P.S.C.  
5247 Madison Pike  
Independence, KY 41051-7941  
Tel: 859-363-1900  
Fax: 859-363-1444  
Email: cteljr@yahoo.com

*Counsel for Plaintiff Stacy Penson*  
*W.D. of Kentucky, No. 3:12-cv-00036-CRS*

Eric C. Deters
Eric C. Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY 41051-7941
Tel: 859-363-1900
Fax: 859-363-1444
Email: eric@ericdeters.com

Howard M. Bushman
Harke Clasby & Bushman LLP
9699 NE Second Avenue
Miami Shores, FL 33138
Tel: 305-536-8220
Fax: 305/536-8229
Email: lharke@harkeclasby.com

Jason R. Alderman
Alderman & Kodsi
9999 NE Second Avenue, Suite 211
Miami Shores, FL 33138
Tel: 305-200-5473
Fax: 305-200-5474
Email: Jalderman@aldermankodsi.com

Lance At Harke
Harke Clasby & Bushman LLP
9699 NE Second Avenue
Miami Shores, FL 33138
Tel: 305-536-8220
Fax: 305-536-8229
Email: lharke@harkeclasby.com

Lisa Catherine DeJaco
Wyatt, Tarrant & Combs LLP - Louisville
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
Tel: 502-589-5235
Fax: 502-589-0309
Email: ldejaco@wyattfirm.com

*Counsel for Defendant Amazon.com, Inc.*
*W.D. of Kentucky, No. 3:12-cv-00036-CRS*

E. Kirk Wood , Jr.
Wood Law Firm LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Tel: 205-612-0243
Fax: 866-747-3905
Email: ekirkwood1@bellsouth.net

Lawrence L. Jones , II
Jones Ward PLC
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
Tel: 502-882-6000
Fax: 502-587-2007
Email: larry@jonesward.com

*Counsel for Plaintiffs Tara J. Elliott, Brooke C. Brown and Christa Seal*
*W.D. of Kentucky, No. 3:12-cv-00037-CRS*

Stuart Wade H. Yeoman
Jones Ward PLC
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
Tel: 502-882-600
Fax: 502-587-2007
Email: wade@jonesward.com

Lisa Catherine DeJaco
Wyatt, Tarrant & Combs LLP - Louisville
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
Tel: 502-589-5235
Fax: 502-589-0309
Email: ldejaco@wyattfirm.com

*Counsel for Defendant Amazon.com, Inc.*
*W.D. of Kentucky, No. 3:12-cv-00037-CRS*

Jeffrey I. Carton
Meiselman, Denlea, Packman, Carton & Eberz, P.C.
1311 Mamaroneck Avenue
White Plains, NY 10605
Tel: 914-517-5000
Fax: 914-517-5055
Email: jcarton@mdpcelaw.com

*Counsel for Plaintiff Dahlia Habashy*
*D. of Massachusetts, No. 1:12-cv-10145-RGS*

Jeremiah Frei-Pearson
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
Tel: 212-836-7499

D. Greg Blankinship
Meiselman, Denlea, Packman, CArton & Ebertz, P.C.
1311 Mamaroneck Avenue
White Plains, NY 10605
Tel: 914-517-5035
Email: gblankinship@mdpcelaw.com

| | |
|---|---|
| Christine R. Fitzgerald<br>Belcher, Starr & Fitzgerald LLP<br>112 Water Street<br>Boston, MA 02109<br>Tel: 617-368-6890<br>Fax: 617-368-6891<br>Email: cfitzgerald@bsflegal.com | *Counsel for Defendant Amazon.com, Inc.*<br>*D. of Massachusetts, No. 1:12-cv-10145-RGS* |
| William M. O'Mara<br>The O'Mara Law Firm, P.C.<br>311 E. Liberty Street<br>Reno, NV 89501<br>Tel: 775-323-1321<br>Fax: 775-323-4082<br>Email: bill@omaralaw.net | *Counsel for Plaintiff Robert Ree*<br>*D. of Nevada, No. 3:12-cv-00072-RCJ -WGC* |
| David C. O'Mara<br>The O'Mara Law Firm, P.C.<br>311 E. Liberty Street<br>Reno, NV 89501<br>Tel: 775-323-1321<br>Fax: 775-323-4082<br>Email: david@omaralaw.net | |
| Robert McCoy<br>Morris Peterson<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br>Tel: 702-474-9400<br>Fax: 702-474-9422 | *Counsel for Defendant Amazon.com, Inc.*<br>*D. of Nevada, No. 3:12-cv-00072-RCJ -WGC* |
| Brent A. Carson<br>Winner and Carson<br>510 South Eighth Street<br>Las Vegas, NV 89101<br>Tel: 702-471-1111<br>Fax: 702-471-0110<br>Email: bac@winnercarson.com | *Counsel for Plaintiff Stephanie Priera*<br>*D. of Nevada, No. 2:12-cv-00182-ECR -VCF* |

James L. Kauffman
Levin Papantonio Thomas Mitchell Rafferty
& Proctor PA
316 South Baylen Street
Suite 600
Pensacola, FL 32502
Tel: 850-435-7068
Email:  jkauffman@levinlaw.com

Peter J. Mougey
Levin Papantonio Thomas Mitchell Rafferty
& Proctor PA
316 South Baylen Street
Suite 600
Pensacola, FL 32502
Tel: 850-435-7068
Email:  pmougey@levinlaw.com

Robert A. Winner
Winner & Carson, P.C.
510 S. Eighth Street
Las Vegas, NV 89101
Tel: 702-471-1111
Fax: 702-471-0110
Email: raw@winnercarson.com

| | |
|---|---|
| Robert McCoy<br>Morris Peterson<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br>Tel: 702-474-9400<br>Fax: 702-474-9422 | *Counsel for Defendant Amazon.com, Inc.*<br>*D. of Nevada, No. 2:12-cv-00182-ECR –VCF* |
| Brent A. Carson<br>Winner and Carson<br>510 South Eighth Street<br>Las Vegas, NV 89101<br>Tel: 702-471-1111<br>Fax: 702-471-0110<br>Email: bac@winnercarson.com | *Counsel for Plaintiffs Shari Simon and*<br>*Kathryn Vorhoff*<br>*D. of Nevada, No. 2:12-cv-00232-JCM –RJJ* |

D. Greg Blankinship
Meiselman Denlea Packman
Carton & Eberz PC
1311 Mamaroneck Ave
White Plains, NY 10605
Tel: 914-517-5000
Email:  gblankenship@mdpcelaw.com

James L. Kauffman
Levin Papantonio Thomas Mitchell Rafferty
& Proctor PA
316 South Baylen Street
Suite 600
Pensacola, FL 32502
Tel: 850-435-7068
jkauffman@levinlaw.com;

Jeffrey I. Carton
Meiselman Denlea Packman
Carton & Ebertz PC
1311 Mamaroneck Ave
White Plains, NY 10605
Tel: 914-517-5000

Jeremiah Frei-Pearson
Meiselman Denlea Packman
Carton & Eberz PC
1311 Mamaroneck Ave
White Plains, NY 10605
Tel: 914-517-5000

Peter J. Mougey
Levin Papantonio Thomas Mitchell Rafferty
& Proctor PA
316 South Baylen Street
Suite 600
Pensacola, FL 32502
Tel: 850-435-7068

Robert A. Winner
Winner & Carson, P.C.
510 S. Eighth Street
Las Vegas, NV 89101
Tel: 702-471-1111
Fax: 702-471-0110
Email: deena@whclvlaw.com

Robert McCoy
Morris Peterson
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Tel: 702-474-9400
Fax: 702-474-9422

*Counsel for Defendant Amazon.com Inc.*
*D. of Nevada, No. 2:12-cv-00232-JCM –RJJ*