# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re:<br><br>Zappos.com, Inc., Customer Data Security<br><br>Breach Litigation | MDL Docket No. 2357 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland (CA Bar No. 83013)
Scott M. Pearson (CA Bar No. 173880)
Brian C. Frontino (CA Bar No. 222032)
Jeffrey B. Bell (CA Bar No. 269648)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
Email: lacalendar@stroock.com

*Attorneys for Defendant Zappos.com, Inc., erroneously named as Amazon.com, Inc. d/b/a Zappos.com*

Pursuant to Rule of Procedure 6.2(d) of the United States Judicial Panel on Multidistrict Litigation (the "Panel"), defendant Zappos.com, Inc., erroneously named as Amazon.com, Inc. d/b/a Zappos.com, hereby respectfully notifies the Clerk of the Panel of the following potential tag-along action, filed March 2, 2012:

| Case Caption | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|
| Denise Relethford and Emily E. Braxton v. Amazon.com, Inc. d/b/a Zappos.com, 6PM.com | S.D. Cal. | 3:12-cv-00537-DMS-WMC | Hon. Dana M. Sabraw |

A copy of the complaint and docket report of the above identified action are attached hereto as Exhibit A.

Dated: March 28, 2012

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland (CA Bar No. 83013)
Scott M. Pearson (CA Bar No. 173880)
Brian C. Frontino (CA Bar No. 222032)
Jeffrey B. Bell (CA Bar No. 269648)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
Email: lacalendar@stroock.com

By: /s/ Scott M. Pearson
    Scott M. Pearson

*Attorneys for Defendant Zappos.com, Inc., erroneously named as Amazon.com, Inc. d/b/a Zappos.com*