# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF ORAL ARGUMENT SCHEDULE
## MAY 31, 2012, HEARING SESSION
## WASHINGTON, DC

<u>Washington, DC Courthouse Advisory</u>:  Attorneys who display a bar identification card or other proof of membership of the bar of the Court of Appeals, District Court, or D.C. Bar are allowed to bring electronic devices with camera and recording capabilities into the courthouse and annex.  Other counsel appearing for oral argument before the Panel may keep an electronic device in the courtroom and annex only if the device does not have a camera (still or video) or is not capable of recording audio.  All electronic devices must be turned off before entering the courtroom. For more information, please see the District of District of Columbia policy for Cell Phones, Laptops and Other Electronics at http://www.dcd.uscourts.gov/dcd/electronics.

<u>Oral argument time allocation will commence at **8:00 a.m.**</u>: **All counsel** who have filed a notice of presentation of oral argument and plan to present argument **must be present at 8:00 a.m.** in order for the Panel to allocate the amount of time for argument in each docket.

Prior to the hearing session, counsel shall confer for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing. *See* Panel Rule 11.1(e).

The Panel expects counsel to adhere to the positions expressed in their briefs.  Any change in position (including concerning an appropriate transferee district) should be communicated to Panel staff when argument times are allocated.

<u>Oral Argument will commence at 9:30 a.m. in the following matters:</u>

MDL No. 2348  IN RE:  Crest Sensitivity Treatment & Protection Toothpaste Marketing and Sales Practices Litigation

MDL No. 2349  IN RE:  Instrument Panel Clusters Antitrust Litigation

MDL No. 2350  IN RE:  Fuel Senders Antitrust Litigation

MDL No. 2351  IN RE:  Heating Control Panels Antitrust Litigation
    **Note:**  MDL Nos. 2349, 2350, and 2351 are set for oral argument together.

MDL No. 2352  IN RE:  Century 21 Department Stores, LLC, Fair and Accurate Credit Transactions Act (FACTA) Litigation

MDL No. 2353  IN RE:  Tropicana Orange Juice Marketing and Sales Practices Litigation

MDL No. 2361  IN RE:  Simply Orange Orange Juice Marketing and Sales Practices Litigation

MDL No. 2354  IN RE:  Maxim Integrated Products, Inc., Patent Litigation

MDL No. 2355  IN RE:  Parallel Networks, LLC, ('111) Patent Litigation

MDL No. 2357  IN RE:  Zappos.com, Inc., Customer Data Security Breach Litigation
MDL No. 2358  IN RE:  Google Inc. Cookie Placement Consumer Privacy Litigation
MDL No. 2359  IN RE:  HardiePlank Fiber Cement Siding Litigation
MDL No. 2360  IN RE:  Science Applications International Corp. (SAIC) Backup Tape Data Theft Litigation
MDL No. 2363  IN RE:  Bulk Mailing to County Jail Inmates in the State of Washington

<u>Oral Argument will commence at **1:30 p.m.**</u> in the following matters:
MDL No. 2362  IN RE:  Ocala Funding, LLC Commercial Litigation
MDL No. 2364  IN RE:  Nebivolol ('040) Patent Litigation
MDL No. 2366  IN RE:  Louisiana-Pacific Corporation Trimboard Siding Marketing, Sales Practices and Products Liability Litigation
MDL No. 2368  IN RE:  Mortgage Industry Home Affordable Modification Program (HAMP) Contract Litigation

All other matters scheduled for this hearing session will be decided based on the pleadings filed.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel