IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEVADA

MDL No. 2357 - **IN RE: ZAPPOS.COM, INC., CUSTOMER DATA SECURITY BREACH LITIGATION**

CONSENT OF TRANSFEREE COURT

The United States District Court for the District of Nevada hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable Robert Clive Jones for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

_____
Chief Judge

Date: 6/13/2012

PLEASE **FAX** OR **EMAIL** THE SIGNED FORM TO:

Mr. Jeffery N. Lüthi, Clerk of the Panel, Judicial Panel on Multidistrict Litigation @ fax number 202-502-2888 or email address MDLPanelOrders/JPML/DCA/JPML/USCOURTS.

**THIS ASSIGNMENT IS CONFIDENTIAL UNTIL ORDER OF TRANSFER IS FILED BY THE PANEL**